**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jacob Daniel Hatfield<br>Erika Ryan Hatfield<br><br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 19-24842 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

     Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com